UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
MEDFORD (1)

| | |
|---|---|
| **RYAN PATRICK MCCLEASE,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:25-cv-01568-IM<br>)<br>) **ORDER** |
| **FRANK BISIGNANO,**<br>Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | )<br>) |

<u>PROPOSED ORDER</u>

AND NOW, this 29th day of January 2026, having considered Plaintiff's unopposed Motion for Attorney's Fees, it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $1,499.07. Subject to any offset

under the Treasury Offset Program, payment of this award shall be made via the Law Offices of Chermol & Fishman, LLC. If EAJA fees and costs are not subject to any offset and an assignment is provided to SSA, the award shall be paid directly to the order of David F. Chermol, Esquire. All payments in accordance with this order should be submitted via electronic funds transfer (EFT) and directed to the care of Plaintiff's attorney.

**IT IS SO ORDERED.**

DATED this 29th day of January, 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge